Lehigh Casino, Inc. Liquor License Case No. 2.

Argued September 20, 1960.   Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*Stanley M. Greenberg,* with him *Ochman and Greenberg,* for appellant.

*Russell C. Wismer,* Special Assistant Attorney General, with him *George G. Lindsay* and *Horace A. Segelbaum,* Assistant Attorneys General, and *Anne X. Alpern,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

OPINION BY ERVIN, J., November 16, 1960:

The facts and law involved in this appeal are the same as those which were involved in *Golden Bar, Inc. Liquor License Case (No. 1),* 193 Pa. Superior Ct. 400, 165 A. 2d 285. Our decision in that case is controlling.

Order affirmed.